

UNITED STATS DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO: 02-060 |
| JACKLEAN DAVIS | SECTION "H" |
| | CIVIL ACTION NO. 05-5533 |

## JUDGMENT

Considering the Order and Opinion filed June 29, 2006,

IT IS ORDERED, ADJUDGED, AND DECREED that the motion of Jacklean Davis to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 is hereby DISMISSED.

New Orleans, Louisiana, this 5th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No_____